437 A.2d 1017

Commonwealth v. Barnes, Appellant.
Petition for Allowance of Appeal Denied Dec. 21, 1981.

Argued June 11, 1980. J. Wesley Oler, Jr., Public Defender, for appellant; Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

CAVANAUGH, J., files a memorandum dissenting statement.

437 A.2d 1017

Commonwealth v. Billig, Appellant.
Petition for Allowance of Appeal Denied Dec. 3, 1981.

Argued December 1, 1980. Donald C. Marino, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.